IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HILDA L. SOLIS | ) |
| | ) |
| v. | ) NO. 3:05-0014 |
| | ) JUDGE CAMPBELL |
| DAVID STARKEY | ) |

ORDER

Pending before the Court is a Motion for Approval of Fees and Expenses of the Independent Fiduciary and Those Providing Services to the Independent Fiduciary (Docket No. 25), to which no objections have been filed within the fifteen (15) business days for such objections. *See* Docket No. 25, p.2.

The Motion is GRANTED, and the fees and expenses sought by the Independent Fiduciary are approved.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE