UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS E. PEREZ, Secretary of Labor, )
U.S. Department of Labor )
)
v. ) NO. 3:05-0014
) JUDGE CAMPBELL
DAVID STARKEY )

ORDER

Pending before the Court is a Motion for Approval of Fees and Expenses of the Independent Fiduciary and Activity Report (Docket No. 33), to which no objections have been timely filed.

The Motion is GRANTED, and the fees and expenses sought by the Independent Fiduciary are approved.

IT IS SO ORDERED.

                                                                                                                           _____
                                                                                                                           TODD J. CAMPBELL
                                                                                                                           UNITED STATES DISTRICT JUDGE